```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                            COUNSEL/PARTIES OF RECORD

                         MAY 05 2022

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00305-VCF |
| Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| VICTOR RAMIREZ-VERDIN, <br>   aka "Victor Ramirez," <br>   aka "Arturo Lopez-Rosales," <br>   aka "Armando Morales-Torres," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on May 12, 2022 at the hour of 4:00 p.m., be vacated and continued to August 10, 2022 at the hour of 4:00 pm.

DATED this 5th day of May, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE