```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                                COUNSEL/PARTIES OF RECORD

                           MAY 05 2022

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                    BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR RAMIREZ-VERDIN,
    aka "Victor Ramirez,"
    aka "Arturo Lopez-Rosales,"
    aka "Armando Morales-Torres,"

    Defendant.

Case No. 2:22-mj-00305-VCF

**Order Directing Probation to Prepare a Criminal History Report**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __5th__ day of May, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE