UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>VICTOR RAMIREZ-VERDIN,<br><br>          Defendant. | Case No. 2:22-mj-00305-VCF-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, August 10, 2022 at 4:00 p.m., be vacated and continued to October 10, 2022 at the hour of 4:00 p.m.; or to a time and date convenient to the court.

   DATED this 8 day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE