# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

United States of America,

        Plaintiff(s),

v.

Victor Ramirez-Verdin,

        Defendant(s).

2:22-mj-00305-VCF

**ORDER**

Before the court is the ex parte motion to withdraw. (ECF No. 39).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the ex parte motion to withdraw (ECF No. 39), is SCHEDULED for 11:00 AM, October 12, 2023, in Courtroom 3D.

DATED this 26th day of September 2023.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE