# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR RAMIREZ-VERDIN,<br>    aka "Victor Ramirez,"<br>    aka "Arturo Lopez-Rosales,"<br>    aka "Armando Morales-Torres,"<br><br>    Defendant. | Case No. 2:22-mj-00305-VCF<br><br>Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on January 4, 2024, at the hour of 4:00 p.m., be vacated and continued to March 4, 2024 at 4:00 pm in LV Courtroom TBD. at the hour of _____.

DATED this 11th day of December, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE